WILLIAM H. OLIVER, JR.
Brandywine Commons
2240 State Highway 33, Suite 112
PO Box 667
Neptune, NJ  07753
(732) 988-1500 – Fax (732) 775-7404
bkwoliver@aol.com
Attorney for Creditor, Regina Palone

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| In Re: | Case No.  09-18982 (RTL) |
|---|---|
|  | Chapter 13 Bankruptcy |
| **JOHN DAHLGREN** | **NOTICE OF MOTION
TO DISMISS CHAPTER 13 BANKRUPTCY** |
| Debtor. |  |

TO:

Albert Russo, Standing Chapter 13 Trustee
CN 4853
Trenton, NJ  08650-4853

David E. Shaver, Esq.
Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Dr.
Manasquan, NJ  08736

Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Dr.
Manasquan, NJ  08736

Mr. John Dahlgren
948 Lakewood-Farmingdale Rd.
Howell, NJ  07731-8656

*PLEASE TAKE NOTICE* that the undersigned will apply to the United States Bankruptcy Court located in Trenton, New Jersey on Tuesday, ***July 7, 2009 at  9:00 a.m.*** or as soon thereafter as counsel can be heard for:

1. An Order to dismiss the debtor's case with prejudice, or in  the alternative

2. To vacate the automatic stay to allow the sale of the real estate and all issues between the Debtor and the co-owner, Regina Palone, to be handled by the State Court under previous State Court orders and jurisdiction; or in the alternative

3. To approve the sale of the debtor and co-owner's property in accordance with previous State Court orders.

## STATEMENT REGARDING BRIEF

***PLEASE TAKE FURTHER NOTICE*** that in support of this motion, the interested party will rely upon the Certification of Regina Palone and brief submitted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(f), the movant shall only appear for oral argument if this Motion becomes contested, or if the court otherwise directs.

## LOCAL RULE 9013-1(a) AND (d)

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(a) and (d), unless timely responsive papers are filed in accordance with the appropriate rules, this Motion shall be deemed uncontested.

Dated:  June 16, 2009                         /s/William H. Oliver, Jr.
                                              WILLIAM H. OLIVER, JR., ESQ.
                                              Attorney for Creditor, REGINA PALONE